UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT G. MODRALL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MELISSA FREY, *et al.*, ) <br> ) <br> Defendants. ) | Case: 1:16-cv-01123 Jury Demand <br> Assigned To : Unassigned <br> Assign. Date : 6/15/2016 <br> Description: Pro Se Gen. Civil (F Deck) |

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and his *pro se* civil complaint. The application will be granted, and the complaint will be dismissed.

Plaintiff purports to bring this claim under 42 U.S.C. § 1983 for alleged violations of the First and Fourteenth Amendments to the United States Constitution. *See* Compl. at 1. It is unclear from the complaint, however, whether and how the named defendants violated plaintiff's constitutional rights. For example, plaintiff suggests a First Amendment claim with regard to the free exercise of religion, *see id.*, without setting forth facts to show how defendants interfered with the exercise of his religion or otherwise discriminated against him because of his religious belief. Nor does the complaint allege facts sufficient to show for purposes of § 1983 that a person acting under color of State or District of Columbia law committed an action that deprived him of rights protected under the United States Constitution or federal law. *See West v. Atkins*, 487 U.S. 42, 48 (1988).

3

Where, as here, a complaint fails to "contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face," *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009), it is subject to dismissal. An Order is issued separately.

DATE: 6/13/16

_____
United States District Judge